# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **15-cv-00394-JLK**

**YVONNE MONTOYA,**

                      Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**,

                      Defendant.

---

## ORDER

---

AND NOW, upon consideration of the parties' Stipulation for Equal Access to Justice Act (EAJA) Attorney Fees (Doc. 21) pursuant to 28 U.S.C § 2412, the Court hereby GRANTS the stipulation to pay attorney fees of $4,300.00 under the EAJA, 28 U.S.C. § 2412. Payment shall be made to Plaintiff directly, care of her attorney, at:

    Frederick W. Newall, Esq.
    730 N. Weber St., Ste. 101
    Colorado Springs, CO 80903


Dated this 26th day of October, 2015.

                                          */s/ John L. Kane*
                                          JOHN L. KANE
                                          SENIOR U.S. DISTRICT COURT JUDGE